KASSRA P. NASSIRI (215405)
knassiri@nassiri-jung.com
CHARLES H. JUNG (217909)
cjung@nassiri-jung.com
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California  94108
Telephone:	(415) 762-3100
Facsimile:	(415) 534-3200

HOWARD YELLEN (142400)
howardyellen@yahoo.com
11200 Donner Pass Road #132
Truckee, California 96161
Telephone:	(415) 578-4550

Attorneys for Plaintiff KANDANCE CLARK,
Individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDANCE CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 10-cv-03625-SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES TO FILE FIRST AMENDED COMPLAINT**<br><br>**CLASS ACTION** |

WHEREAS Plaintiff Kandance Clark, Defendant Sprint Nextel Corporation (hereby specially appearing solely for the purpose of agreeing to the dismissal of this action against it, and without a general appearance or concession to personal or subject matter jurisdiction over it in this Court), current non-parties Sprint Spectrum L.P., and Sprint Solutions Inc. (hereby stipulating to the matters set forth in, but without appearance in this action until and unless served with process as set forth herein, and without waiver or concession of any rights, arguments or defenses available to them, including, but not limited to transfer of this action on the bases of improper forum selection

-1-
**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES TO FILE FIRST AMENDED COMPLAINT**
**CASE NO. 10-cv-03625-SI**

and/or forum non-conveniens) (hereinafter collectively, the "Stipulating Entities"), have agreed that Plaintiff Clark may file a First Amended Complaint;

WHEREAS the Stipulating Entities have agreed that Defendant Sprint Nextel Corporation shall be dismissed from the action, and Sprint Spectrum L.P. and Sprint Solutions Inc. may be named as defendants in the First Amended Complaint;

WHEREAS the Stipulating Entities have agreed that in light of the pending amendment to the Complaint, Sprint Nextel Corporation need not file a response to the Complaint already on file in this matter; and

WHEREAS the Stipulating Entities have agreed that Plaintiff shall file any such First Amended Complaint on or before September 21, 2010, and Sprint Spectrum L.P. and Sprint Solutions Inc. shall have until October 12, 2010 to respond to any such First Amended Complaint.

**IT IS HEREBY STIPULATED AND AGREED**, consistent with and on condition of the foregoing, by and between the undersigned counsel for Plaintiff and Defendant, as follows:

1. Defendant Sprint Nextel Corporation shall not respond to the Complaint, Plaintiff shall dismiss Sprint Nextel Corporation, and Plaintiff may file a First Amended Complaint which names Sprint Solutions, Inc. and Sprint Spectrum, L.P.

2. Plaintiff Kandance Clark shall file any such First Amended Complaint on or before September 21, 2010; and

3. Sprint Spectrum L.P. and Sprint Solutions Inc. shall accept service of the summons of and any such First Amended Complaint via overnight delivery to McGuireWoods LLP, c/o A. Brooks Gresham; and

4. Sprint Spectrum L.P. and Sprint Solutions Inc. shall have until October 12, 2010 to respond to the First Amended Complaint.

This stipulation is without prejudice to any rights that any party may have.

Respectfully submitted,

Dated: September 14, 2010        MCGUIREWOODS LLP


By:        /s/ A. Brooks Gresham
    A. Brooks Gresham, Esq.
    Attorneys for Defendant
    SPRINT NEXTEL CORPORATION,
    SPRINT SOLUTIONS, INC. and SPRINT
    SPECTRUM, L.P.

Dated: September 14, 2010        NASSIRI & JUNG LLP


By:        /s/ Kassra P. Nassiri
    Kassra P. Nassiri.
    Attorneys for Plaintiff
    KANDANCE CLARK

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED AS FOLLOWS:**

1. Sprint Nextel Corporation is dismissed.

2. Plaintiff may file a First Amended Complaint which names Sprint Solutions, Inc. and Sprint Spectrum, L.P. on or before September 21, 2010;

3. Sprint Spectrum L.P. and Sprint Solutions Inc. shall accept service of the summons of and any such First Amended Complaint via overnight delivery to McGuireWoods LLP, c/o A. Brooks Gresham; and

4. Sprint Spectrum L.P. and Sprint Solutions Inc. shall have until October 12, 2010 to respond to the First Amended Complaint.

.

DATED:_____, 2010        _____
    HON. SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE

-3-

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES TO FILE FIRST AMENDED COMPLAINT**
**CASE NO. 10-cv-03625-SI**

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Consolidating Cases for All Purposes.

Dated: September 14, 2010

Respectfully submitted,

NASSIRI & JUNG LLP

_____/s/ Kassra P. Nassiri
Kassra P. Nassiri
Attorneys for Plaintiff